AO 247 (Rev. 08/14) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) |
|---|---|
| v. | ) |
| TIMOTHY ORLANDO RAINEY | ) Case No: 90-0095-WS |
|  | ) USM No: |
| Date of Original Judgment: June 21, 1995 | ) |
| Date of Previous Amended Judgment: | ) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

After a jury trial in March 1995, Rainey was convicted of conspiring and attempting to possess with intent to distribute cocaine and marijuana, in violation of 21 U.S.C. 846.  At sentencing, Rainey was held responsible for 15 kilograms of cocaine, for a base offense level of 34, plus a 3-level enhancement for role in the offense. With a total offense level of 37 and a criminal history category of IV, Rainey's guideline range was 292-365 months. He was originally sentenced to 300 months; however, in December 2016, Rainey's sentence was reduced to 235 months' imprisonment pursuant to an executive grant of clemency by President Obama.  Rainey now seeks sentencing relief pursuant to Amendment 782 to the U.S. Sentencing Guidelines. After applying that amendment, Rainey's base offense level falls to 32, his total offense level falls to 35, and his guideline range is revised to 235-293 months.  Absent exceptions not present here, the Court cannot reduce a term of imprisonment under section 3582(c)(2) below the minimum of the amended guideline range.  See U.S.S.G. 1B1.10(b)(2).  Rainey's 235-month sentence equates to the low end of his revised guideline range; therefore, no further relief is available to him under section 3582(c)(2) and Amendment 782.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: July 24, 2017

s/ WILLIAM H. STEELE
*Judge's signature*

Effective Date: _____
*(if different from order date)*

UNITED STATES DISTRICT JUDGE
*Printed name and title*